**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Lawrence Leon Jackson,<br>Defendant. | No. CR-04-00358-002-PHX-DGC<br><br>No. CV-19-00957-PHX-DGC (MHB)<br>(Related Case)<br><br>**ORDER** |

Defendant Lawrence Jackson was convicted of first-degree murder and sentenced to life in prison in 2005. Docs. 76, 102. His appeal and motion to vacate sentence were denied. Docs. 131, 153. He now has filed a motion for an evidentiary hearing. Doc. 175. The motion is fully briefed. Docs. 176, 177. The Court will deny the motion.

Defendant presents recent affidavits from co-defendants and a fellow inmate to show that he did not commit the murder. Doc. 175 at 9-14. He claims that the government withheld exculpatory evidence and obstructed justice during grand jury proceedings. *Id.* at 1-3. He seeks an evidentiary hearing pursuant to 18 U.S.C. § 3742(a). *Id.* at 7-8.

Section 3742(a) governs the filing of an initial appeal from a criminal sentence. *See United States v. Dunn*, 728 F.3d 1151, 1161 (9th Cir. 2013). Defendant presents no argument or legal authority for the filing of a second appeal fourteen years after his sentence.

Once a judgment of sentence has been entered, the district court lacks jurisdiction to review it except in narrow circumstances. 18 U.S.C. § 3582(c); *see United States v.*

*Penna*, 319 F.3d 509, 511 (9th Cir. 2003). Because those narrow exceptions do not apply here, the Court cannot construe Defendant's request for relief as a § 3582 motion.

The only other basis for relief from a final criminal judgment is a collateral attack pursuant to 28 U.S.C. § 2255. The Court will not treat this as a motion under § 2255 because it would be Defendant's third such motion and he has not obtained a certificate from the Ninth Circuit authorizing the Court to consider a successive § 2255 motion. *See* Doc. 174 at 1-2.

**IT IS ORDERED** that Defendant's motion for an evidentiary hearing (Doc. 175) is **denied**.

Dated this 13th day of May, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge